# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 941 |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of February, 2023, Emily E. Mahler, Esquire**,** Allegheny County, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2023.